UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMORY CHRISTIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANCHO GRANDE MANUFACTURED HOME COMMUNITY, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-07040-JCS<br><br>**ORDER GRANTING MOTION TO EXTEND TIME**<br><br>Re: Dkt. No. 18 |

Sufficient cause having been shown, Plaintiff Emory Christian's motion to extend time (dkt. 18) is GRANTED. Christian's opposition brief shall be filed no later than December 6, 2021. Defendants' reply shall be filed no later than December 13, 2021.

Defense counsel's responsive declaration (dkt. 19) raises potentially legitimate concerns, but it is not clear whether Defendants oppose Christian's request or why these issues needed to be presented to the Court at this time. The apparent defects in Christian's counsel's handling of this matter are not grounds for Defendants to decline to stipulate to a request that they do not actually oppose, particularly where the extended briefing schedule would not require continuing the hearing noticed for January 7, 2021. The Court expects better communication between counsel and more advance notice to both opposing counsel and the Court on any future requests to extend time.

**IT IS SO ORDERED.**

Dated: November 23, 2021

JOSEPH C. SPERO
Chief Magistrate Judge