UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMORY D. CHRISTIAN,<br><br>    Plaintiff,<br><br>v.<br><br>RANCHO GRANDE MANUFACTURED HOME COMMUNITY, et al.,<br><br>    Defendant. | 21-cv-07040-VC<br><br>**JUDGMENT** |

The Court, having dismissed the federal claims without leave to amend, and having declined to exercise supplemental jurisdiction over the state claims, now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: November 22, 2022

_____
VINCE CHHABRIA
United States District Judge